TED W. CASSMAN
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Defendant
CHI KEUNG HUI

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-CR-00064 |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE |
| vs. | STATUS CONFERENCE |
| CHI KEUNG HUI, | |
| Defendant. | |
| _____/ | |

It is hereby stipulated by and between the parties of record that the status conference in the above-referenced matter should be continued from September 1, 2011 to October 13, 2011 at 9:00 a.m. It is further stipulated that there is good cause for said continuance to accommodate conflicts arising from counsels' personal and trial schedules, to review potential immigration consequences of a possible negotiated disposition, and for defense preparation and continuity of counsel pursuant to 18 U.S.C.§ 3161 (h)(7)(A) and (B)(iv).

//

1

Dated: August 30, 2011

/s/ Ted W. Cassman
TED W. CASSMAN,
Attorney for Defendant
CHI KEUNG HUI

Dated: August 30, 2011

/s/ Michael Beckwith
MICHAEL BECKWITH,
Assistant United States Attorney

ORDER

For the reasons stated above, the status conference in this matter, currently September 1, 2011, is continued to October 12, 2011 at 9:00 a.m.; and the time beginning, September 1, 2011, and extending through October 12, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation and plea negotiations. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161 (h)(7)(A) and (B)(iv).

Dated: September 1, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE