STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-2:08-CR-00064-MCE |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE THE OCTOBER 27, 2011 SENTENCING DATE TO DECEMBER 8, 2011 |
| Vs. ) | |
| CANDY WU, ) | Honorable Morrison C. England |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and Defendant Candy Wu, by her Counsel, Steven F. Gruel, that the Sentencing Date currently scheduled for October 27, 2011, at 9:00 a.m., is continued to December 8, 2011 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

The Court interpreter coordinator, Yolanda Riley Portal, and the United States probation Officer assigned to this case has been notified of this continuance and has indicated that December 8, 2011, is an available date.

IT IS SO STIPULATED.

Dated: October 24, 2011      /s/
                          STEVEN F. GRUEL
                          Attorney for Candy Wu


Dated: October 24, 2011      /s/
                          MICHAEL BECKWITH
                          Attorney for United States of America


ORDER

IT IS SO ORDERED.

Dated: October 25, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE