```
 1  DOUGLAS I. HORNGRAD
    Attorney at Law
 2  California State Bar No. 95086
    1736 Stockton Street
 3  Maybeck Building Four
    San Francisco, California 94133
 4  Telephone: (415) 397-9509
    Facsimile: (415) 397-9519
 5
    Attorney for Defendant
 6  FU LONG WU
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal No. 2:08-cr-00064 MCE |
|---|---|
| Plaintiff, | |
| v. | **AMENDED STIPULATION AND ORDER TO RESET COURT APPEARANCE** |
| FU LONG WU, | |
| Defendant. | |

IT IS HEREBY STIPULATED, and respectfully requested, that Mr. Wu's current sentencing date of May 10, 2012, be vacated and reset for August 9, 2012, at 9:00 a.m., or as soon thereafter as is convenient for the Court.

Counsel for defendant has contacted Court Interpreter Coordinator's Office and is informed that an interpreter is available for the proposed new date.

///

///

///

///

///

Counsel for defendant has contacted United States Probation Officer Julie Fowler and she informs that she is available for the proposed new date.

IT IS SO STIPULATED

Dated: May 1, 2012                               /s/ Douglas Horngrad
                                                 DOUGLAS HORNGRAD
                                                 Attorney for FU LONG WU

Dated: May 1, 2012                               /s/ Michael Beckwith
                                                 MICHAEL BECKWITH
                                                 Counsel for Plaintiff

**ORDER**

Time is excluded through and including August 9, 2012, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4. The Court specifically finds that the ends of justice served by taking the action ordered outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED**

Dated: May 3, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE