STEVEN F. GRUEL (CSBN 213148)

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Candy Wu

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-2:08-CR-00064-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO ) CONTINUE THE MAY 10, 2012 ) SENTENCING DATE TO AUGUST 9, 2012 |
| Vs. | ) |
| CANDY WU, | ) Honorable Morrison C. England |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Michael Beckwith, counsel for the Plaintiff, and Defendant Candy Wu, by her Counsel, Steven F. Gruel, that the Sentencing Date currently scheduled for May 10, 2012, at 9:00 a.m., is continued to August 9, 2012 at 9:00 a.m., or as soon thereafter as is convenient for the Court.

The Court interpreter coordinator, Yolanda Riley Portal, and the United States probation Officer assigned to this case has been notified of this continuance and has indicated that August 9, 2012, is an available date.

*STIPULATION AND ORDER TO CONTINUE*
*THE MAY 10, 2012, SENTENCING DATE*

IT IS SO STIPULATED.

Dated:  May 3, 2012         _____/s/_____
                            STEVEN F. GRUEL
                            Attorney for Candy Wu


Dated:  May 3, 2012         _____/s/_____
                            MICHAEL BECKWITH
                            Attorney for United States of America


ORDER


IT IS SO ORDERED.

Dated:  May 9, 2012

                            MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE