1 | DOUGLAS I. HORNGRAD
  | Attorney at Law
2 | California State Bar No. 95086
  | 1736 Stockton Street
3 | Maybeck Building Four
  | San Francisco, California 94133
4 | Telephone: (415) 397-9509
  | Facsimile: (415) 397-9519
5 |
  | Attorney for Defendant
6 | FU LONG WU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal No. 2:08-cr-00064 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO RESET COURT APPEARANCE** |
| v. | |
| FU LONG WU, | |
| Defendant. | |

IT IS HEREBY STIPULATED, and respectfully requested, that Mr. Wu's current sentencing date of August 9, 2012, be vacated and reset for October 18, 2012, at 9:00 a.m., or as soon thereafter as is convenient for the Court.

Counsel for defendant has contacted Court Interpreter Coordinator's Office and is informed that an interpreter is available for the proposed new date. Counsel for defendant has contacted the United States Probation Office and is informed that the Probation Office is available for the proposed new date.

///
///
///
///
///

IT IS SO STIPULATED.

Dated: July 30, 2012          /s/ Douglas Horngrad
DOUGLAS HORNGRAD
Attorney for FU LONG WU

Dated: July 30, 2012          /s/ Michael Beckwith
MICHAEL BECKWITH
Counsel for Plaintiff

## ORDER

In accordance with the foregoing stipulation, Defendant's Judgment and Sentencing, which had been set for August 9, 2012, is hereby rescheduled to October 18, 2012 at 9:00 a.m.

**IT IS SO ORDERED**

Dated: August 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE