**DOUGLAS I. HORNGRAD**
**Attorney at Law**
(CA State Bar No. 95086)
Maybeck Building Four
1736 Stockton Street
San Francisco, CA 94133-2926
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
**FU LONG WU**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00064 MCE |
| Plaintiff, | |
| v. | **ORDER TO EXONERATE PROPERTY BOND** |
| FU LONG WU, | |
| Defendant. | |
| _____/ | |

Upon application of defendant Fu Long Wu, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the property known as 526-528 21st Avenue, San Francisco, California, used to secure defendant Fu Long Wu's bond, shall be released and exonerated. The deed of trust shall be returned to its owners free and clear of any federal lien as bail. The property bond in the amount of $700,000 is hereby exonerated. The property shall be reconveyed.

Date: July 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT